FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY **DEPUTY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 09-1431M |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| ) | 18 U.S.C. 3143(a)] |
| ) | |
| Fonsem    Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___ND CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no bail warrant + PSA findings___

1
2
3
4        and/or

5   B.   ( )  The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on: _____
10       _____
11       _____
12       _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  _____7/10/09_____
18
19                                    _____Ken/o_____
20                                    UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28